# FIRST STATE BANK OF MANGUM et al. v. BIFFLE.

No. 8190.   Opinion Filed May 23, 1916.

(157 Pac. 1034.)

**APPEAL AND ERROR—Failure to Take Proceedings in Time—Dismissal.** An appeal will be dismissed when it appears from the record that the petition in error was not filed nor attached to case-made within the statutory time for appeal to this court.

(Syllabus by the Court.)

*Error from District Court, Greer County;*
*R. W. Higgins, Assigned Judge.*

Action by J. W. Biffle against the First State Bank of Mangum and another. From the judgment, the First

State Bank of Mangum and another bring error. Dismissed.

*E. M. Stewart,* for plaintiffs in error.

*W. B. Garrett* and *Wylie Snow,* for defendant in error.

HARDY, J.   Defendant in error files motion to dismiss because petition in error was not filed in this court within six months from the date of the order appealed from.   Judgment was entered on the 18th day of August, 1915.   Motion for new trial was overruled August 26, 1915, and case-made filed in the office of the clerk of this court on February 25, 1916, but no petition in error was filed therewith within the six months' period fixed by the statute.   Section 5240, Rev. Laws 1910; *Dill v. Flesher, ante,* p. 359, 156 Pac. 1191; *King v. Horse Chief Eagle,* 23 Okla. 532, 101 Pac. 1135.

The motion to dismiss is sustained.

All the Justices concur, except THACKER, J., absent.